UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOHN MARK GREENER,<br><br>                      Plaintiff,<br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of<br>Social Security,<br><br>                      Defendant. | Case No. 3:17-cv-00631-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is Magistrate Judge William G. Cobb's Report and Recommendation ("R&R") (ECF No. 22) relating to Plaintiff's pro se opening brief, which Judge Cobb construed as a motion for reversal and/or remand (ECF No. 16) and Defendant's response and cross-motion to affirm (ECF Nos. 20, 21). Judge Cobb recommended granting Plaintiff's motion for remand, denying Defendant's cross-motion, and remanding this case. (ECF No. 22.) Defendant had until February 8, 2019, to object. (*Id.*) To date, no objections have been filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." *Id.* Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has

recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review. *See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

Nevertheless, this Court finds it appropriate to engage in a *de novo* review in order to determine whether to adopt the R&R. Upon review of the R&R and the records in this case, the Court finds good cause to adopt the R&R in full.

It is therefore ordered that the R&R (ECF No. 22) is accepted and adopted.

It is further ordered that Plaintiff's motion to remand (ECF No. 16) is granted.

It is further ordered that Defendant's cross-motion to affirm (ECF No 20) is denied.

This case is remanded for further proceedings consistent with Judge Cobb's R&R.

The Clerk is instructed to enter judgment in accordance with this order and close this case.

DATED THIS 20th day of February 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE